```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

THE McGRAW-HILL COMPANIES, INC., : Index No. 12 CV 7802 HB

                Plaintiff, :

                -against- : **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AGAINST DEFENDANT DESIGN PICS INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

DESIGN PICS INC., a Canadian corporation doing business as "Pacific Stock," and

PACIFIC STOCK, INC.

**ECF Case**

                Defendants. :

------------------------------------ x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff McGraw-Hill Companies, Inc. ("McGraw-Hill"), by and through its undersigned attorneys at Levine Sullivan Koch & Schulz, LLP, hereby gives notice that it dismisses all claims asserted in this action against Defendant Design Pics Inc. ("Design Pics"), with each party to bear its own costs and fees.

Dated: New York, New York
January 23, 2013

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: */s Christopher P. Beall*
Christopher P. Beall (CB4590)
Julia C. Atcherley (JA2810)
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299 (Fax)

*Attorneys for Plaintiff The McGraw-Hill Companies, Inc.*

{00589415;v1}

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

Date: 2/7/2013